IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

      Plaintiff,                    No. CIV S-05-0171 GEB KJM P

    vs.

SACRAMENTO COUNTY BOARD
OF SUPERVISORS, et al.,

      Defendants.           <u>ORDER</u>

         Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 18, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's January 11, 2007 request for an extension of time is granted; and

         2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 24, 2007.

                                            U.S. MAGISTRATE JUDGE

1/bb
huft0171.36(2)