IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

      Plaintiff,                         2:05-cv-0171-GEB-KJM-P

      vs.

SACRAMENTO COUNTY BOARD OF SUPERVISORS, et al.,

      Defendants.              ORDER

/

      Plaintiff has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 18, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

/////

/////

/////

/////

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed December 18, 2006 are adopted in
5  full; and
6      2. Plaintiff's August 30, 2006 motion for a preliminary injunction is denied.

Dated:  April 18, 2007

GARLAND E. BURRELL, JR.
United States District Judge