IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                               No. CIV S-05-0171 GEB KJM P

    vs.

SACRAMENTO COUNTY BOARD OF SUPERVISORS, et al.,

    Defendants.                          <u>ORDER</u>

/

         Plaintiff is a state civil detainee proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to dismiss and plaintiff's opposition is due in June.

         On February 5, 2007, plaintiff filed a motion asking that employees of the California Department of Corrections and Rehabilitation (CDCR) be sanctioned and that a protective order issue regarding the confiscation of another civil detainee's computer. There are no defendants in this action employed by the CDCR. To the extent plaintiff seeks relief against someone that is not a defendant in this action, plaintiff should commence a lawsuit against that individual in the appropriate court. To the extent plaintiff seeks a protective order in this action, plaintiff has not indicated why such an order is necessary. His February 5, 2007 motion will be denied.

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2 February 5, 2007 motion for "criminal and monetary sanctions . . ." is denied.
3 DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

----

1
huft0171.1b(4.5.07)