IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

      Plaintiff,                    No. CIV S-05-0171 GEB KJM P

    vs.

SACRAMENTO COUNTY BOARD OF
SUPERVISORS, et al.,

      Defendants.           ORDER

          On April 11, 2007, defendants filed a motion to dismiss. Plaintiff's opposition was due on or before May 7, 2007. Plaintiff has not filed an opposition. Good cause appearing, IT IS HEREBY ORDERED that plaintiff file his opposition to defendants' motion to dismiss within thirty days. Plaintiff's failure to file an opposition will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 10, 2008.

                                                   U.S. MAGISTRATE JUDGE

1
huft0171.41