IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

       Plaintiff,                     No. CIV S-05-0171 GEB KJM P

vs.

SACRAMENTO COUNTY BOARD
OF SUPERVISORS, et al.,

       Defendants.               <u>ORDER</u>

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  The court finds that plaintiff's claims have sufficient merit and this action is complex enough to warrant the appointment of counsel.  Therefore, the court will appoint counsel, deny defendants' pending motion to dismiss without prejudice and set this matter for a status hearing.  Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Huey Cotton is hereby appointed to represent plaintiff.

2. Defendants' April 11, 2007 motion to dismiss (#38) is denied without prejudice.

3. This matter is set for a status hearing on April 16, 2008 at 10:00 a.m. before the undersigned. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

4. The Clerk of the Court is directed to serve a copy of this order upon Huey Cotton, Cozen O'Connor, 777 South Figueroa Street, Suite 2850, Los Angeles, CA, 90017.

DATED:  March 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
huft0171.31