1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL HUFTILE,

11              Plaintiff,                    No. CIV S-05-0171 GEB KJM P

12          vs.

13   SACRAMENTO COUNTY BOARD OF
     SUPERVISORS, et al.,
14
                Defendants.                   ORDER
15   _____/

16          This matter came on for status conference on April 16, 2008.  Colleen Culhane

17   appeared on behalf of defendants; Huey P. Cotton appeared for plaintiff.  At the conclusion of

18   the conference, THE COURT ORDERED as follows:

19              1.   Plaintiff shall file a second amended complaint by June 1, 2008;

20              2.   The Clerk of the Court shall send counsel for defendants the court's form for

21   consenting to magistrate judge jurisdiction;

22              3.   Counsel for defendants shall complete and return the consent form to the court

23   within ten days;

24              4.   Defendants shall file their responsive pleading within two weeks of this

25   court's issuance of an order screening the second amended complaint;

26   /////

5.  Disclosures required under Rule 26 of the Federal Rules of Civil Procedure shall be made by June 30, 2008;

6.  Discovery shall be completed by August 30, 2008;

7.  Dispositive motions shall be filed by September 30, 2008;

8.  Plaintiff's pretrial statement shall be filed by January 12, 2009;

9.  Defendants' pretrial statement be filed by January 26, 2009;

10.  Trial is set for April 14, 2009 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr.  If defendants consent to Magistrate Judge jurisdiction, then a new trial date will be scheduled.

11.  The Clerk of the Court is directed to send plaintiff's counsel a copy of the court's General Order #230.

12.  Counsel for plaintiff is informed that counsel may be entitled to reimbursement for the costs of transcripts by the Court Reporters Board of California.  Plaintiff may wish to visit the web site at the domain www.courtreportersboard.ca.gov for more information on the Board's Transcript Reimbursement Fund.

DATED:  April 22, 2008.

_____
U.S. MAGISTRATE JUDGE

1
huft0171.oah