**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS

**COZEN O'CONNOR**
Huey P. Cotton, SBN 133076
777 South Figuerosa Street, Suite 2850
Los Angeles, California 90017
TEL: 213.892.7900
FAX: 213.892.7999

Attorney for Plaintiff
MICHAEL HUFTILE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUFTILE, | Case No. CIV S-05-0171 GEB KJM |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| vs. | |
| SACRAMENTO COUNTY BOARD OF SUPERVISORS and SHERIFF LOU BLANAS | |
| Defendants. | Original Complaint Filed: 1/27/2005 |

Plaintiff MICHAEL HUFTILE and Defendants COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS, by and through their respective attorneys of record, hereby agree to the proposed changes set forth below and request the Court to modify the Pre-Trial Scheduling Order issued April 22, 2008 as follows:

| | |
|---|---|
| Discovery shall be completed | September 30, 2008 |
| Dispositive Motions shall be filed | October 31, 2008 |

1

00600882.WPD    JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

   Good cause exists to modify the scheduling order because the parties need additional time to complete discovery including the depositions of the Plaintiff, SHERIFF LOU BLANAS, and persons most knowledgeable from the COUNTY.  Due to scheduling conflicts, the parties have been unable to complete these depositions in a timely fashion and therefore respectfully request modification of the scheduling order as identified above.

             Respectfully Submitted,

Dated: July 29, 2008      PORTER SCOTT
               A PROFESSIONAL CORPORATION


               By /s/ Stephen W. Robertson
                  Stephen W. Robertson
                  Attorney for Defendants
                  COUNTY OF SACRAMENTO and
                  SHERIFF LOU BLANAS


Dated: July 29, 2008      COZEN O'CONNOR


               By /s/ Huey P. Cotton(as authorized on 07/29/08)
                  Huey P. Cotton
                  Attorneys for Plaintiff
                  MICHAEL HUFTILE

Based on the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the Pretrial Scheduling Order is modified as set forth below:

Discovery shall be completed                              September 30, 2008

Dispositive Motions shall be filed                         October 31, 2008

IT IS SO ORDERED.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

00600882.WPD     JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER