Case 2:05-cv-00171-GEB-KJM   Document 70   Filed 10/10/08   Page 1 of 3

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS

**COZEN O'CONNOR**
Huey P. Cotton, SBN 133076
777 South Figuerosa Street, Suite 2850
Los Angeles, California 90017
TEL: 213.892.7900
FAX: 213.892.7999

Attorney for Plaintiff
MICHAEL HUFTILE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUFTILE, | Case No. CIV S-05-0171 GEB KJM |
| Plaintiff, | **AMENDED JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| vs. | |
| SACRAMENTO COUNTY BOARD OF SUPERVISORS and SHERIFF LOU BLANAS | |
| Defendants. _____/ | Original Complaint Filed: 1/27/2005 |

Plaintiff MICHAEL HUFTILE and Defendants COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS, by and through their respective attorneys of record, hereby agree to the proposed changes set forth below and request the Court to modify the Pre-Trial Scheduling Order issued April 22, 2008 as follows:

    Discovery shall be completed                       December 5, 2008

    Dispositive Motions shall be filed                 December 19, 2008

1
00619121.WPD    JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

Good cause exists to modify the scheduling order because, despite diligent efforts, the parties need additional time to complete discovery including the depositions of the Plaintiff, SHERIFF LOU BLANAS, and persons most knowledgeable from the COUNTY.  It has been difficult calendaring depositions of the parties including Plaintiff because he is incarcerated at Coalinga State Hospital under medical care.  If has further been difficult to schedule depositions in light of the calendars for both Counsel for Plaintiff and Counsel for Defendants.  However, at this time, the parties have been communicating and have scheduled depositions throughout the month of October and into the first week of November.

Good cause also exists because the parties were hopeful that a settlement could be reached prior to engaging in significant discovery practice.  A resolution did not occur which has necessitated completion of these additional discovery depositions.

For the above reasons, all parties respectfully request modification of the scheduling order as identified above.

Respectfully Submitted,

Dated: July 29, 2008            PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By /s/ Stephen W. Robertson
                                    Stephen W. Robertson
                                    Attorney for Defendants
                                    COUNTY OF SACRAMENTO and
                                    SHERIFF LOU BLANAS


Dated: July 29, 2008            COZEN O'CONNOR


                                By /s/ Huey P. Cotton(as authorized on October 6, 2008.)
                                    Huey P. Cotton
                                    Attorneys for Plaintiff
                                    MICHAEL HUFTILE

Based on the Stipulation of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the Pretrial Scheduling Order is modified as set forth below:

| | |
|---|---|
| Discovery shall be completed | December 5, 2008 |
| Dispositive Motions shall be filed | December 19, 2008 |

IT IS SO ORDERED.

Dated:  October 10, 2008.

_____
U.S. MAGISTRATE JUDGE

00619121.WPD    JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER