1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL HUFTILE,

11            Plaintiff,                    No. CIV S-05-0171 GEB KJM P

12        vs.

13   SACRAMENTO COUNTY BOARD OF
     SUPERVISORS, et al.,
14
              Defendant.              <u>ORDER</u>
15   _____/

16            This matter came on for hearing on December 3, 2008 with respect to defendants'

17   motion to compel the California Department of Justice (a non-party) to comply with a subpoena.

18   Stephen Robertson appeared on behalf of defendants; Ashante Norton appeared on behalf of the

19   California Department of Justice; and Huey Cotton appeared telephonically for plaintiff.  After

20   reviewing defendants' motion to compel and other relevant portions of the court's record, having

21   heard the arguments of counsel, and good cause appearing, THE COURT NOW ORDERS AS

22   FOLLOWS:

23            1.  Defendants' October 20, 2008 motion to compel (#71) is granted;

24            2.  Within ten days, the California Department of Justice shall provide to

25   defendants' attorneys copies of any records it has detailing the criminal record of plaintiff.  The

26   records to be provided shall include any summaries of plaintiff's criminal record as well as any

1

1  records detailing individual crimes.

2          3.  The Clerk of the Court is directed to serve a copy of this order on Ms. Ashante

3  Norton, California Attorney General's Office, P. O. Box 944255, Sacramento, CA 94244-2550.

4  DATED:  December 4, 2008.

6  _____
   U.S. MAGISTRATE JUDGE

11  1
12  huft0171.mtc