IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

        Plaintiff,                      No. CIV S-05-0171 GEB KJM P

    vs.

SACRAMENTO COUNTY BOARD
OF SUPERVISORS,

        Defendant.               <u>ORDER</u>

        /

        Plaintiff is a prisoner with counsel proceeding with an action under 42 U.S.C. § 1983. The case is currently set to be heard on a motion for summary judgment on May 20, 2009. The court has understood the parties may have reached a settlement. However, no notice of settlement has been filed. The parties will therefore be ordered to file a notice of settlement, or to otherwise inform the court of the status of the case, within thirty days of the entry of this order. The hearing on the motion for summary judgment will be rescheduled.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The parties file a joint notice of settlement, or otherwise inform the court of the status of this case, within thirty days of the entry of this order;

        2. The hearing on the motion for summary judgment is reset for July 8, 2009; and

1

3. The Clerk of Court is directed to serve this order on:

>   Michael Partos
>   Cozen O'Connor
>   777 South Figueroa Street
>   Suite 2850
>   Los Angeles, California 90017

DATED: May 18, 2009.

_____
U.S. MAGISTRATE JUDGE

4
huft0171.order