IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE

    Plaintiff,                         No. CIV S-05-0171 GEB KJM

    vs.

SACRAMENTO COUNTY
BOARD OF SUPERVISORS, et al.,

    Defendants.                      <u>ORDER</u>

/

        All parties, by and through counsel, have stipulated that this action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

        The Clerk of Court is directed to close this case.

DATED: June 19, 2009.

                                                              U.S. MAGISTRATE JUDGE